# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: KEITH A. BRIEN § Case No. 15-81829
      SHELLEY S.M. BRIEN §
                              §
               Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/15/2015.

2) The plan was confirmed on 10/09/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was converted on 04/14/2016.

6) Number of months from filing or conversion to last payment: 6.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,600.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 600.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 575.00 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 532.40 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 42.60 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 575.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,200.00 | 3,200.00 | 3,200.00 | 532.40 | 0.00 |
| ALLY FINANCIAL | Sec | 0.00 | 17,038.40 | 0.00 | 0.00 | 0.00 |
| ADVANCE PSYCHIATRY OF ELGIN | Uns | 126.30 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 363.75 | NA | NA | 0.00 | 0.00 |
| ASPEN COUNSELING & | Uns | 143.22 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 8,304.44 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT INC | Uns | 822.30 | NA | NA | 0.00 | 0.00 |
| BELOIT HEALTH SYSTEM INC | Uns | 1,819.73 | NA | NA | 0.00 | 0.00 |
| BELOIT RADIOLOGY LTD | Uns | 1.96 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT COLLECTION | Uns | 34.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 500.00 | 1,312.33 | 1,312.33 | 0.00 | 0.00 |
| BLITT & GAINES PC | Uns | 2,554.38 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 2,554.00 | 2,554.92 | 2,554.92 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,500.00 | 2,420.79 | 2,420.79 | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDITOR SERVICES | Uns | 152.68 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 1,408.48 | NA | NA | 0.00 | 0.00 |
| DEAN HEALTH SYSTEM | Uns | 100.00 | 652.35 | 652.35 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEPT OF ED / NAVIENT | Uns | 9,076.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 121.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 985.97 | 985.97 | 985.97 | 0.00 | 0.00 |
| GEIGER PSYCHIATRIC CARE LLC | Uns | 177.51 | NA | NA | 0.00 | 0.00 |
| GEORGIA INPATIENT MED ASSOC | Uns | 519.19 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| HART ROAD PATHOLOGY | Uns | 50.74 | NA | NA | 0.00 | 0.00 |
| HARTSOUGH DERMATOLOGY | Uns | 7.13 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Uns | 92.38 | NA | NA | 0.00 | 0.00 |
| IHC SWEDISH AMERICAN | Uns | 1,286.27 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 327.00 | 327.06 | 327.06 | 0.00 | 0.00 |
| LIBERTY SAVINGS BANK | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| MADISON EMERGENCY | Uns | 211.33 | NA | NA | 0.00 | 0.00 |
| MADISON RADIOLOGISTS | Uns | 17.60 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 372.33 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 3,781.36 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACCOUNT SYSTEMS OF | Uns | 422.33 | 211.33 | 211.33 | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Uns | 528.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 16,147.32 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,529.33 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 7,541.53 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 170.10 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 43.50 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOC CLINICAL | Uns | 71.20 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 305.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 59.89 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,427.76 | 1,483.75 | 1,483.75 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 6,538.17 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDIC | Uns | 820.26 | NA | NA | 0.00 | 0.00 |
| ROCKFORD WATER DEPT | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ROUND TWO RECOVERY LLC | Uns | 19.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN WI EMERGENCY ASSOC | Uns | 62.76 | NA | NA | 0.00 | 0.00 |
| ST MARY JANESVILLE HOSPITAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| DEAN HEALTH SYSTEM | Uns | 2,183.00 | 581.97 | 581.97 | 0.00 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SWEDISH AMERICAN HOSPITAL | Uns | 7,435.02 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 5,499.56 | 1,520.61 | 1,520.61 | 0.00 | 0.00 |
| SWIFT FUNDS | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| U OF I CLINICS | Uns | 461.71 | NA | NA | 0.00 | 0.00 |
| U OF I COLLEGE OF MEDICINE | Uns | 37.90 | NA | NA | 0.00 | 0.00 |
| ASPIRE RESOURCES INC | Uns | 500.00 | 18,523.48 | 18,523.48 | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 681.30 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL CORP | Uns | 681.30 | NA | NA | 0.00 | 0.00 |
| DEAN HEALTH SYSTEM | Uns | 0.00 | 909.53 | 909.53 | 0.00 | 0.00 |
| DEAN HEALTH SYSTEM | Uns | 0.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| DEAN HEALTH SYSTEM | Uns | 0.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 529.74 | 529.74 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 32,113.83 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 575.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 575.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date: 04/29/2016    By: /s/ Lydia S. Meyer
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)